UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BONNIE DIXON,

       Plaintiff,

v.                                       Case No.  8:06-cv-51-T-24 MAP

GENUINE PARTS COMPANY,

       Defendant.

_____/

## ORDER

This cause comes before the Court on Defendant's Motion to Extend the Pretrial

Conference and Trial Dates.  (Doc. No. 49).  Plaintiff opposes the motion.  (Doc. No. 50).

The pretrial conference in this case is set for July 17, 2007 and the trial is on the August

2007 trial calendar.  In this motion, Defendant requests that the Court move the pretrial

conference and trial ninety days, because one of Defendant's attorneys, Patricia Simon, is

expected to deliver her first child in August of 2007 and cannot travel, and another attorney, Lisa

Szafranic, has a state court case scheduled for trial on August 28, 2007 in Kentucky.  Plaintiff

opposes the motion, arguing that (1) this case has already been delayed by Defendant for other

reasons, (2) throughout this case, Plaintiff's contact with Defendant has been almost exclusively

with Ms. Szafranic, and (3) Defendant is represented by a total of five attorneys, and as such,

one of them should be available to try this case.

Upon consideration, the Court finds that Defendant has not shown good cause for

extending the dates set forth in the Court's scheduling order.  Given that five attorneys represent

Defendant in this case, one of them should be available to attend the pretrial conference and try

this case.  Accordingly, it is ORDERED AND ADJUDGED that Defendant's Motion to Extend

the Pretrial Conference and Trial Dates (Doc. No. 49) is **DENIED**.

       **DONE AND ORDERED** at Tampa, Florida, this 20th day of June, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record